AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JOHN M. WIGGINS, D/B/A
Earthscapes by Wiggins

V.

Dawson Building Contractors, Inc., and St. Paul Travelers Insurance Companies, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:06 CV 830- ID

TO: (Name and address of Defendant)

Dawson Building Contractors, Inc.
James M. Dawson
106 Rainbow Industrial Boulevard
Rainbow City, AL 35906-8901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Harrison Firm, LLC
Jackson B. Harrison
8425 Crossland Loop
Montgomery, AL 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_9/19/06_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JOHN M. WIGGINS, D/B/A
Earthscapes by Wiggins

V.

Dawson Building Contractors, Inc., and St. Paul Travelers Insurance Companies, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV830- ID

TO: (Name and address of Defendant)

St. Paul Travelers Insurance Companies, Inc.
1500 Market Street, Suite 2900
Philadelphia, PA 19102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Harrison Firm, LLC
Jackson B. Harrison
8425 Crossland Loop
Montgomery, AL 36117

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 9/19/06