**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Amanda Coker*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-20-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

    Dawson Building Contractors
    James M. Dawson
    106 Rainbow Indust. Blvd
    Rainbow City, AL
    35906-8901

    2:06CV 830-ID
    S+C

Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0006 4433 9285

0811 February 2004    Domestic Return Receipt    102595-02-M-1540