IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

JOHN M. WIGGINS, D/B/A           )
Earthscapes by Wiggins           )
Also known herein for Miller     )
Act Relief only, as the          )
United States of America,        )
by and for John M. Wiggins,      )    2:06-cv-830-ID-SWR
D/B/A Earthscapes by Wiggins     )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
Dawson Building Contractors,     )
Inc., and St. Paul Travelers     )
Insurance Companies, Inc.        )
                                 )
        Defendants               )

2006 OCT 25  A II: 08

## MOTION FOR JUDGMENT OF DEFAULT

COMES NOW Plaintiff John M. Wiggins, and respectfully moves this Honorable Court to enter a Judgment of Default against the Defendants and in favor of the Plaintiff. In support of his motion, Plaintiff states as follows:

1.  Plaintiff filed this lawsuit on 9/15/06.
2.  Plaintiff perfected service of process on the Defendant Dawson Building Contractors, Inc. by and through this Court through sending the Summons and Complaint certified mail on 9/19/06, and Amanda Coker, by and behalf of Dawson Building Contractors, Inc., signed service of Summons and Complaint on 9/20/06.
3.  Plaintiff perfected service of process on the Defendant St. Paul Travelers Insurance Companies, Inc. by and through this Court through sending the Summons and Complaint certified mail on 9/19/06, and the Summons and Complaint was signed by St. Paul Travelers Insurance Companies, Inc. on 9/25/06.

4.   Defendant Dawson Building Contractors, Inc.
     failed to file a response to the Complaint which
     was due on 10/10/06.
5.   Defendant St. Paul Travelers Insurance Companies,
     Inc. failed to file a response to the Complaint
     which was due on 10/16/06.

WHEREFORE, the Defendants having failed to properly respond
to perfected service of Summons and Complaint, Plaintiff,
in accordance with Rule 55 of the Federal Rules of Civil
Procedure, respectfully pray this Court to enter a Judgment
of Default in its favor for $766,414.12.00 against the
Defendants, jointly and severally.

_____
Jackson B. Harrison(HAR285)
Attorney for the Plaintiff
John M. Wiggins D/B/A
Earthscapes by Wiggins


Of counsel:
**The Harrison Firm, LLC**
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920 Tel
(334) 819-8923 Fax

<u>AFFIDAVIT</u>    RECEIVED

Before me, the undersigned, personally appeared John M. Wiggins, who being

known to me and by me first duly sworn, deposes and says as follows:

My name is John M. Wiggins.  I present this affidavit in the United States

District Court for the Middle District of Alabama to serve as evidence of the amount

owed to me by Dawson Building Contractors, Inc. (Dawson) and St. Paul Travelers

Insurance Companies, Inc. (St. Paul).  I, John M. Wiggins, on March 10th, 2004 entered

into a subcontract (Contract) with Dawson, who was bonded with St. Paul as per the

general and subcontract, to provide landscaping work, labor and materials for the

project Victor Tulane Courts (Victor).   My compensation under the contract was

originally $81,835.00 and later amended to be a total of $143,651.15. I completed my

duties under the Contract on May 27, 2006. I sent Dawson three (3) requests for

payments totaling $27,116.87 which would have been the final payments owed to me by

Dawson. Dawson refused to pay me the contracted for monies, $27,116.87.  Further, on

August 25th, 2005 Dawson fraudulently prepared and presented to me a pay request

totaling $20,321.79. I relied on this fraudulent act by Dawson and it damaged me in the

amount of $20,321.79.

The total amount of damages caused by the Defendants that I have suffered and

ask this Court to enter a Judgment of Default is as follows:

<u>Compensatory Damages</u>

1.    Miller Act/ Breach of Contract-        $27,116.87

1

2.    Fraud-                                          $20,321.79

      Punitive Damages

3.    Fraud-                                          $500,000.00

      Reasonable Attorney Fees

4.    40% of all monies received-                     $218,975.46

                        Total        $766,414.12

Further, deponent sayth not.

                                        John M. Wiggins, Affiant


Sworn to and subscribed before me on this the 4th day of October, 2006.

                                        Notary Public
                                        My Commission Expires: 8-1-10

2