IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN M. WIGGINS, D/B/A/ )
Earthscapes by Wiggins Also known herein )
For Miller Act Relief only, as the )
United States of America, by and for John M. )
Wiggins, D/B/A Earthscapes by Wiggins )
)
      Plaintiff, )
)
v. )      Civil Action No. 2:06-cv-830-ID-SRW
)
DAWSON BUILDING CONTRACTORS,
INC. AND
ST. PAUL TRAVELERS INSURANCE
COMPANIES, INC.
      Defendants.

ENTRY OF APPEARANCE

April D. Reeves and the firm of WATKINS LUDLAM WINTER & STENNIS, P.A. enters her Appearance as counsel of record for St. Paul Fire & Marine Insurance Company. Please copy the undersigned with copies of all pleadings and correspondence in this case.

This, the 8th day of November, 2006.

                            Respectfully Submitted,
                            ST. PAUL FIRE & MARINE INSURANCE
                            COMPANY

                            BY: ITS ATTORNEYS
                            WATKINS LUDLAM WINTER & STENNIS, P.A.

                        BY:    s/April Reeves
                                April D. Reeves

April D. Reeves (ASB-5398L44R)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street (39202)
P.O. Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 949-4900
Facsimile: (601) 949-4804

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL  36117

Dana L. Rice, Esq.
Sasser, Rice & Barber, LLC
Post Office Box 8345
Gadsden, AL  35902

This the 8th day of November, 2006.

                          s/April Reeves
                          APRIL D. REEVES