IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN M. WIGGINS, et al.,<br>    PLAINTIFF | )<br>)<br>) |
| VS. | )   Case No.: 2:06CV-830-ID<br>) |
| DAWSON BUILDING CONTRACTORS,<br>INC., et al.,<br>    DEFENDANTS | )<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF REPRESENTATION
### AS TO DEFENDANT, ST. PAUL FIRE & MARINE INSURANCE COMPANY

  The undersigned, James T. Sasser, of the law firm of Sasser, Rice & Barber, LLC, hereby withdraws his appearance as attorney of record for the defendant, St. Paul Fire & Marine Insurance Company.

**OF COUNSEL:**
Sasser, Rice & Barber, LLC
P. O. Box 8345
Gadsden, AL 35902-8345
256-546-0611

_/s/ James T. Sasser_
James T. Sasser (ASB-1500-S70J)

### CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon all parties hereto in accordance with Rule 5, on this the _____ day of November, 2006.

_/s/ James T. Sasser_
Of Counsel

cc: Jackson B. Harrison, Esq.
   April Reeves, Esq.