IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN M. WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv830-ID |
| | ) |
| DAWSON BUILDING CONTRACTORS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of the Notice of Withdrawal of Representation (Doc. No. 9), which the court construes as a Motion, in which James T. Sasser, Esquire, moves to withdraw as counsel of record for Defendant St. Paul Fire & Marine Insurance Co., it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 17th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE