IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JOHN M. WIGGINS, et al., )
    PLAINTIFF )
)
VS. )  Case No.: 2:06CV-830-ID
)
DAWSON BUILDING CONTRACTORS, )
INC., et al., )
    DEFENDANTS )

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, DAWSON BUILDING CONTRACTORS, INC.

The undersigned, James T. Sasser, hereby moves this Honorable Court to allow him to withdraw his appearance as counsel of record for the defendant, Dawson Building Contractors, Inc.

**OF COUNSEL:**
Sasser, Rice & Barber, LLC
P. O. Box 8345
Gadsden, AL 35902-8345
256-546-0611

          s/ James T. Sasser
          James T. Sasser (ASB-1500-S70J)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties hereto in accordance with Rule 5, on this the 26th day of January, 2007.

          s/ James T. Sasser
          Of Counsel

cc:  Jackson B. Harrison, Esq.
      April Reeves, Esq.