IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JOHN M. WIGGINS, et al., )
    PLAINTIFF )
 )
VS. ) Case No.: 2:06CV-830-ID
 )
DAWSON BUILDING CONTRACTORS, )
INC., et al., )
    DEFENDANTS )

### NOTICE OF APPEARANCE

The undersigned, Dana L. Rice, of the law firm of Rice & Barber, LLC, hereby enters his appearance as counsel of record for Dawson Building Contractors, Inc. Please copy the undersigned with copies of all pleadings and correspondence in this case.

OF COUNSEL:
Rice & Barber, LLC
P. O. Box 8345
Gadsden, AL 35902-8345
(tel) 256.546.0611

s/ Dana L. Rice
Dana L. Rice (ASB-4733-E54D)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties hereto in accordance with Rule 5, on this the 26th day of January, 2007.

s/ Dana L. Rice
Of Counsel

cc: Jackson B. Harrison, Esq.
April Reeves, Esq.