IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN M. WIGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv830-ID |
| | ) |
| DAWSON BUILDING CONTRACTORS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw as Counsel of Record (Doc. No. 12), in which James T. Sasser, Esquire, moves to withdraw as counsel of record for Defendant Dawson Building Contractors, Inc., it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 26th day of January, 2007.

                       /s/ Ira DeMent
                       SENIOR UNITED STATES DISTRICT JUDGE