IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN M. WIGGINS et al | ) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 2:06-cv-830-ID |
| DAWSON BUILDING CONTRACTORS, et al | ) |
| Defendants. | ) |

RECEIVED
2007 MAY 29 P 2: 37

## MOTION TO DISMISS

COMES NOW the Plaintiff and respectfully moves this Honorable Court to dismiss with prejudice the above styled matter and as cause would show that that the parties have settled the issues in dispute.

Respectfully submitted,

*/s/ Jackson B. Harrison*
Jackson B. Harrison (ASB-2191-C61H)
Counsel for the Plaintiff

OF COUNSEL:
The Harrison Firm, L.L.C.
8425 Crossland Loop
Montgomery, Alabama 36117
(334) 391-0856
(334) 819-8923 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 18th day of MAY, 2007, viz:

Dana Rice, Esq.
PO Box 8345
Gadsden , AL 35902-8345

[ XX ] U.S. MAIL    [  ] BOX DELIVERY    [  ] FACSIMILE    [  ] FEDEX

_____
Of Counsel