IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN M. WIGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv830-ID |
| | ) |
| DAWSON BUILDING CONTRACTORS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff John M. Wiggins' motion to dismiss, filed May 29, 2007 (Doc. No. 17), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that said motion be and the same is hereby GRANTED and that the above-styled cause be and the same is hereby DISMISSED with prejudice.

Done this 30th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE